# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-15-00023-CV

**Steven Brown**

**v.**

**Tim Jackson Construction Co., Inc. d/b/a Jackson Construction Co. and Jack Yates Drywall, Inc.**

(No. 2013-116 IN 402ND DISTRICT COURT OF WOOD COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FILING | $100.00 | PAID | THE TURNER FIRM |
| INDIGENT | $25.00 | PAID | THE TURNER FIRM |
| STATEWIDE EFILING FEE | $20.00 | PAID | THE TURNER FIRM |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | THE TURNER FIRM |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this October 14, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy